AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-2648 JWL/JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Credit Suisse Securities(USA) LLC
was received by me on *(date)*  10/09/2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sue Rhea , who is designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company  2711 Centerville Rd, Ste 400, Wilmington, DE 19808  on *(date)*  10/09/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/09/2012

*Server's signature*

Adam Golden, SPS
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc:
doc served @ 2:20pm