UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-cv-2648 JWL/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INDYMAC MBS, INC.'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO NCUAB'S COMPLAINT**

COMES NOW Defendant IndyMac MBS, Inc. ("IndyMac MBS"), with the consent of plaintiff National Credit Union Administration Board ("NCUAB" or "Plaintiff"), to hereby move this Court for an extension of time to file its answer in response to NCUAB's Complaint. In support of this Motion, IndyMac MBS states as follows:

1. On October 4, 2012, NCUAB filed its Complaint in the above-captioned action. (ECF No. 1.) IndyMac MBS was served with the summons and complaint on October 9, 2012. (ECF No. 3.)

2. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, IndyMac MBS initially had until October 30, 2012 to answer or otherwise respond to the Complaint.

3. Subsequently, the parties conferred and agreed that defendants, including IndyMac MBS, should have until December 14, 2012 to answer, move, or otherwise respond to

Plaintiff's Complaint. (*See* ECF No. 15.) Defendants' unopposed motion was granted by the Court on October 29, 2012. (ECF No. 16.)

4. Counsel for NCUAB and IndyMac MBS are undertaking meaningful discussions regarding dismissal of the action against IndyMac MBS. As part of those discussions, counsel for IndyMac MBS has conferred with counsel for NCUAB regarding an extension of time for IndyMac MBS to file its answer. Plaintiff consents and agrees to an extension of time for IndyMac MBS to file its answer to February 28, 2013.

5. No party will be prejudiced by this extension. IndyMac MBS will not file or join any motion to dismiss the Complaint under Rule 12(b)(6), and therefore, any additional extension of time for IndyMac MBS to file its answer will not affect the briefing schedule currently in place for any motion to dismiss the Complaint under Rule 12(b)(6).

WHEREFORE, with Plaintiff's consent, IndyMac MBS hereby moves this Court for an extension of time—up to and including February 28, 2013—to file its answer in response to Plaintiff's Complaint.

| With Consent of Plaintiff: | Respectfully submitted, |
|---|---|
| By: /s/ Rachel Schwartz<br>One of Its Attorneys | /s/ Elizabeth Raines<br>Elizabeth Raines (Kan. #20668)<br>HUGHES HUBBARD & REED LLP |
| STUEVE SIEGEL HANSON LLP<br>Norman E. Siegel<br>Rachel Schwartz | 2345 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: (816) 709-4100<br>Facsimile: (816) 709-4198<br>Email: raines@hugheshubbard.com |
| *Attorney for Plaintiff National Credit Union Administration Board* | *Attorney for Defendant IndyMac MBS, Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                /s/ Elizabeth Raines