UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | ) ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-2648 JWL/JPO |
| | ) | |
| CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**INDYMAC MBS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

defendant IndyMac MBS, Inc. hereby certifies that (1) it is a private, nongovernmental party,

(2) it has no corporate parents, affiliates, or subsidiaries that are publicly held, and (3) no

publicly-held company or investment fund holds 10% or more ownership interest in it.

Dated:  December 13, 2012                    Respectfully submitted,

  /s/ Elizabeth Raines
Elizabeth Raines (Kan. #20668)
HUGHES HUBBARD & REED LLP
2345 Grand Boulevard
Kansas City, MO  64108
Telephone:  (816) 709-4100
Facsimile:  (816) 709-4198
Email:  raines@hugheshubbard.com

*Attorney for Defendant IndyMac MBS, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

     /s/ Elizabeth Raines