UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | Civil Action No. 12-2648 JWL/JPO<br><br>ECF CASE |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS**

Pursuant to D. Kan. R. 7.1, Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. ("Credit Suisse") hereby move this Court for an unopposed extension to the page limitations prescribed by D. Kan. R. 7.1(e). In support of its motion, Credit Suisse states as follows:

**1.** On October 4, 2012, Plaintiff filed a 404-paragraph Complaint concerning claims against Credit Suisse.

**2.** The parties separately filed a Joint Motion for Extension of Time pursuant to D. Kan. R. 6.1(a), requesting an extension to the briefing schedule set by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Kansas, which the Court has granted.

**3.** Credit Suisse requests that the total number of pages in Credit Suisse's motion to dismiss shall not exceed 45 pages.

**4.** Counsel for Credit Suisse has conferred with counsel for Plaintiff and represents that counsel for Plaintiff has no objections to this requested extension.

**5.** Credit Suisse requests the above alteration to the page limitations prescribed by D. Kan. R. 7.1(e), because the issues raised by Plaintiff's allegations are complex and present significant legal and factual considerations.

Accordingly, Credit Suisse respectfully moves this Court for an extension to the page limitations prescribed by D. Kan. R. 7.1(e), as set forth above.

December 13, 2012

                        Respectfully submitted,

                        FOULSTON SIEFKIN LLP

                        By: _____
                              Toby Crouse (Kan. #20030)
                              James D. Oliver (Kan. #08604)
                              32 Corporate Woods, Suite 600
                              9225 Indian Creek Pkwy.
                              Overland Park, KS 66210-2000
                              Phone: (913) 498-2100
                              Fax: (913) 498-2101
                              Email: tcrouse@foulston.com
                                        joliver@foulston.com

                              Richard W. Clary
                              Richard J. Stark
                              Michael T. Reynolds
                              CRAVATH, SWAINE & MOORE LLP
                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              Phone: (212) 474-1000
                              Fax: (212) 474-3700
                              rclary@cravath.com
                              rstark@cravath.com
                              mreynolds@cravath.com

                              *Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2012, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Toby Crouse*
*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*