IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-2648 JWL/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF NCUA'S UNOPPOSED MOTION TO EXTEND THE PAGE LIMITATION FOR THE OPPOSITION TO THE CREDIT SUISSE DEFENDANTS'
<u>MOTION TO DISMISS</u>**

Plaintiff National Credit Union Administration Board ("NCUA") respectfully moves the Court for an unopposed order permitting NCUA to file a memorandum in opposition to the motion to dismiss filed by Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. (collectively, the "Credit Suisse Defendants") in excess of the page limitation set forth in Local Rule 7.1(e). Plaintiff NCUA requests an additional 18 pages, for a total of 48 pages inclusive of the fact section, for its opposition brief.

In support of this Motion, Plaintiff states:

1. On October 4, 2012, Plaintiff NCUA filed its Complaint. The Complaint alleges thirteen causes of action against three Defendants for violations of the federal Securities Act of 1933 as well as securities statutes in California and Kansas.

239833

2. On December 13, 2012, the Credit Suisse Defendants filed an unopposed motion to extend by fifteen pages the page limitation for their motion to dismiss. *See* Dkt. 21. This motion was granted on December 13, 2012. *See* Dkt. 22.

3. On December 14, 2012, the Credit Suisse Defendants filed a motion to dismiss and 45 page memorandum in support. *See* Dkt. 23-24. In further support of this motion, Defendants filed 26 exhibits, totaling approximately 2,100 additional pages.

4. While Local Rule 7.1(e) does not include a page limitation for the fact section for a brief, it does limit the arguments and authorities section to 30 pages.

5. In order to provide Plaintiff with sufficient space to substantively respond to the motion to dismiss, the memorandum in support and the lengthy exhibits, Plaintiff respectfully requests an additional 18 pages for its opposition brief. Exclusive of the caption, the signature pages and the tables of authorities and contents, Plaintiff requests leave to have up to and including 48 total pages for the entire brief, inclusive of the fact section.

6. Plaintiff has consulted with counsel for the Credit Suisse Defendants and they do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court extend the page limit in Local Rule 7.1(e) and allow Plaintiff NCUA up to and including 48 total pages, exclusive of the caption, signature pages and the tables of authorities and contents, to respond to the Credit Suisse Defendants' motion to dismiss.

Dated: January 8, 2013                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

         /s/ Rachel E. Schwartz
Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Gregory G. Rapawy, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax:  (202) 326-7999

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751

**ATTORNEYS FOR PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Rachel E. Schwartz
Rachel E. Schwartz