IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | Case No. 12-cv-2648 JWL/JPO<br><br>**Oral Argument Requested** |

## DECLARATION OF DAVID C. FREDERICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, David C. Frederick, hereby declare as follows:

1. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently to them.

2. I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C. I am admitted *pro hac vice* in this litigation and represent Plaintiff National Credit Union Administration Board ("NCUA") in the above captioned case. I respectfully submit this Declaration in support of NCUA's Opposition to Defendants' Motion to Dismiss.

3. Attached as **Exhibit A** is a chart entitled "NCUA Allegations Per Certificate in *NCUA v. Credit Suisse*." The chart lists, for each certificate of residential mortgage-backed securities ("RMBS") at issue in this case, representative untrue statements regarding the borrowers capacity to repay the loan, the underwriting guidelines for reduced documentation programs, untrue statements regarding loan-to-value ratios, the initial credit rating and most recent credit rating, the multiple of

how large actual gross loss exceed expected gross loss, the delinquency and default rate, and the claims that pertain to each certificate.

4. Attached as **Exhibit B** is a true and correct copy of the Complaint, *Lone Star Fund V (U.S.), L.P. v. Barclays Bank PLC*, Civ. No. 308-CV-261-L (N.D. Tex. filed Mar. 26, 2008).

5. Attached as **Exhibit C** is a true and correct copy of the Order, *Bank Hapoalim B.M. v. Bank of America*, No. 12-cv-4316, No. 12-cv-4317 (C.D. Cal. Dec. 21, 2012).

6. Attached as **Exhibit D** is a true and correct copy of the Brief for the United States as Amicus Curiae in Support of Appellee, *Federal Housing Finance Agency v. UBS Americas Inc.*, No. 12-3207 (2d Cir. filed Nov. 1, 2012).

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.

Dated: January 11, 2013

Washington, D.C.

/s/ David C. Frederick
David C. Frederick