# Exhibit A

**NCUA Allegations Per Certificate in *NCUA v. Credit Suisse*, No. 12-2648 (D. Kan.)**

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 225470B28 | Adjustable Rate Mortgage Trust 2006-1 | 27-Feb-06 | ¶197; ¶¶199-201<br><br>**Excerpt (¶200)**<br><br>Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower. | ¶¶236-239<br><br>**Excerpt (¶237)**<br><br>Under the Reduced Documentation Program, some underwriting documentation concerning income, employment and asset verification is waived. Countrywide Home Loans obtains from a prospective borrower either a verification of deposit or bank statements for the two-month period immediately before the date of the mortgage loan application or verbal verification of employment. | | ¶¶107-131 (Countrywide)<br><br>**Excerpt (¶112)**<br><br>For instance, in an April 13, 2006 e-mail from Mozilo to other top Countrywide executives, Mozilo stated that Countrywide was originating home mortgage loans with "serious disregard for process, compliance with guidelines and irresponsible behavior relative to meeting timelines." E-mail from Angelo Mozilo to Eric Sieracki and other Countrywide Executives (Apr. 13, 2006 7:42 PM PDT). Mozilo also wrote that he had "personally observed a serious lack of compliance within our origination system as it relates to documentation and generally a deterioration in the quality of loans originated versus the pricing of those loan[s]." | AAA/D (S&P)<br><br>NR/NR (Moody's) | 46.32%/38.71% | 3.12 Times Expected Loss | | | √ CA |
| 00703QBF8 | Adjustable Rate Mortgage Trust 2006-3 | 12-Sep-06 | ¶¶197-201<br><br>**Excerpt (¶200)**<br><br>Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower. | ¶¶236-239<br><br>**Excerpt (¶237)**<br><br>Under the Reduced Documentation Program, some underwriting documentation concerning income, employment and asset verification is waived. Countrywide Home Loans obtains from a prospective borrower either a verification of deposit or bank statements for the two-month period immediately before the date of the mortgage loan application or verbal verification of employment. | ¶¶252-253<br><br>**Excerpt (¶252)**<br><br>Countrywide Home Loans' Standard Underwriting Guidelines for mortgage loans with non-conforming original principal balances generally allow Loan-to-Value Ratios at origination of up to 95% for purchase money or rate and term refinance mortgage loans with original principal balances of up to $400,000, up to 90% for mortgage loans with original principal balances of up to $650,000, up to 75% for mortgage loans with original principal balances of up to $1,000,000, up to 65% for mortgage loans with original principal balances of up to $1,500,000, and up to 60% for mortgage loans with original principal balances of up to $2,000,000. | ¶¶107-131 (Countrywide)<br><br>**Excerpt (¶112)**<br><br>For instance, in an April 13, 2006 e-mail from Mozilo to other top Countrywide executives, Mozilo stated that Countrywide was originating home mortgage loans with "serious disregard for process, compliance with guidelines and irresponsible behavior relative to meeting timelines." E-mail from Angelo Mozilo to Eric Sieracki and other Countrywide Executives (Apr. 13, 2006 7:42 PM PDT). Mozilo also wrote that he had "personally observed a serious lack of compliance within our origination system as it relates to documentation and generally a deterioration in the quality of loans originated versus the pricing of those loan[s]." | AAA/D (S&P)<br><br>Aaa/C (Moody's) | 1.23%/19.2% (Group 1)<br>2.78%/22.45% (Group 3) | 9.55 Times Expected Loss | √ | | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00703AAG2 | Adjustable Rate Mortgage Trust 2007-2 | 4-Jun-07 | ¶¶197-198<br><br>**Excerpt (¶197)**<br><br>The mortgage loans were originated or acquired generally in accordance with the underwriting guidelines described in this prospectus supplement. | ¶239<br><br>**Excerpt (¶239)**<br><br>Generally, under a "reduced documentation" program, either no verification of a mortgagor's stated income is undertaken by the originator or no verification of a mortgagor's assets is undertaken by the originator. | | ¶¶107-131 (Countrywide)<br><br>**Excerpt (¶112)**<br><br>For instance, in an April 13, 2006 e-mail from Mozilo to other top Countrywide executives, Mozilo stated that Countrywide was originating home mortgage loans with "serious disregard for process, compliance with guidelines and irresponsible behavior relative to meeting timelines." E-mail from Angelo Mozilo to Eric Sieracki and other Countrywide Executives (Apr. 13, 2006 7:42 PM PDT). Mozilo also wrote that he had "personally observed a serious lack of compliance within our origination system as it relates to documentation and generally a deterioration in the quality of loans originated versus the pricing of those loan[s]." | AAA/D (S&P)<br><br>Aaa/C (Moody's) | 29.13%/33.89% | 24.27 Times Expected Loss | √ | | √ CA |
| 02150PAC2 | Alternative Loan Trust 2007-OA6 | 26-Apr-07 | ¶¶199-201<br><br>**Excerpt (¶200)**<br><br>Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower. | ¶¶236-237<br><br>**Excerpt (¶237)**<br><br>Under the Reduced Documentation Program, some underwriting documentation concerning income, employment and asset verification is waived. Countrywide Home Loans obtains from a prospective borrower either a verification of deposit or bank statements for the two-month period immediately before the date of the mortgage loan application or verbal verification of employment. | | ¶¶107-131 (Countrywide)<br><br>**Excerpt (¶112)**<br><br>For instance, in an April 13, 2006 e-mail from Mozilo to other top Countrywide executives, Mozilo stated that Countrywide was originating home mortgage loans with "serious disregard for process, compliance with guidelines and irresponsible behavior relative to meeting timelines." E-mail from Angelo Mozilo to Eric Sieracki and other Countrywide Executives (Apr. 13, 2006 7:42 PM PDT). Mozilo also wrote that he had "personally observed a serious lack of compliance within our origination system as it relates to documentation and generally a deterioration in the quality of loans originated versus the pricing of those loan[s]." | AAA/CCC (S&P)<br><br>Aaa/C (Moody's) | 19.36%/54.92% | 7.97 Times Expected Loss | √ | √ | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31659TEJ0 | Fieldstone Mortgage Investment Trust, Series 2005-3 | 28-Oct-05 | ¶¶202-205<br><br>**Excerpt (¶203)**<br><br>FMC generally underwrites its non-conforming loans to meet the specific guidelines of one of FMC's loan programs. The Fieldstone Underwriting Guidelines generally are designed to evaluate a prospective borrower's credit history and ability to repay the loan, as well as the value and adequacy of the related mortgaged property as collateral. | ¶¶240-241<br><br>**Excerpt (¶241)**<br><br>Stated Documentation - this program requires wage earners to verify two years' employment in the same profession and self-employed borrowers to provide evidence that the business has been owned and operated for at least two years. | | | AA+/CCC (S&P)<br><br>Aa1/C (Moody's) | 4.37%/28.85% (Group 1)<br>8.20%/30.65% (Group 2) | 2.69 Times Expected Loss | | | √ CA |
| 31659TEK7 | Fieldstone Mortgage Investment Trust, Series 2005-3 | 28-Oct-05 | ¶¶202-205<br><br>**Excerpt (¶203)**<br><br>FMC generally underwrites its non-conforming loans to meet the specific guidelines of one of FMC's loan programs. The Fieldstone Underwriting Guidelines generally are designed to evaluate a prospective borrower's credit history and ability to repay the loan, as well as the value and adequacy of the related mortgaged property as collateral. | ¶¶240-241<br><br>**Excerpt (¶241)**<br><br>Stated Documentation - this program requires wage earners to verify two years' employment in the same profession and self-employed borrowers to provide evidence that the business has been owned and operated for at least two years. | | | AA+/CC (S&P)<br><br>Aa2/C (Moody's) | 4.37%/28.85% (Group 1)<br>8.20%/30.65% (Group 2) | 2.69 Times Expected Loss | | | √ CA |
| 437084QZ2 | Home Equity Asset Trust 2005-9 | 27-Oct-05 | ¶206<br><br>**Excerpt (¶206)**<br><br>Under the underwriting standards, various risk categories are used to grade the likelihood that the mortgagor will satisfy the repayment conditions of the mortgage loan. These categories generally establish the maximum permitted loan-to-value ratio and loan amount, given the occupancy status of the mortgaged property and the mortgagor's credit history and debt-to-income ratio. | ¶239<br><br>**Excerpt (¶239)**<br><br>Generally, under a "reduced documentation" program, either no verification of a mortgagor's stated income is undertaken by the originator or no verification of a mortgagor's assets is undertaken by the originator. | | | AA+/CC (S&P)<br><br>Aa2/C (Moody's) | 12.77%/31.89% | 2.43 Times Expected Loss | | | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43709NAE3 | Home Equity Asset Trust 2006-7 | 22-Sep-06 | ¶¶207-214<br><br>**Excerpt (¶208)**<br><br>In addition, certain exceptions to the underwriting standards described herein may be made in the event that compensating factors are demonstrated by a prospective mortgagor. | ¶¶242-244<br><br>**Excerpt (¶242)**<br><br>Stated income documentation. The borrower's income used to qualify for the loan is taken from the borrower's signed application and compared to the borrower's line of work or profession for reasonableness. Self-employed borrowers typically must provide satisfactory evidence of existence of the business and demonstrate a two-year history of employment in the same profession. A verification of employment and position is done for each stated income loan. | | ¶¶164-167 (Ownit)<br><br>**Excerpt (¶165)**<br><br>According to a report by the New York Times, OwnIt issued a majority of the loans in what turned out to be one of the worst mortgage securitizations in history. Because of the bad loans, Moody's predicted that "so many of the mortgages will have gone bad that 60 percent of the money lent will not be paid back." | AAA/CCC (S&P)<br><br>Aaa/C (Moody's) | 26.71%/35.78% | 8.71 Times Expected Loss | √ | √ | √ KS |
| 43709QAD8 | Home Equity Asset Trust 2006-8 | 26-Oct-06 | ¶¶207-208; ¶212<br><br>**Excerpt (¶212)**<br><br>Exceptions to the guidelines will be made if the loan meets the primary criteria of the RightLoan and offers supported compensating factors when a deviation occurs. In all cases, the exception(s) and compensating factor(s) are clearly documented in the file and require branch manager approval and a second signature from the corporate underwriter. | ¶243<br><br>**Excerpt (¶243)**<br><br>Limited Income Verification (LIV) represents an average of 6 months bank statements. No Income Verification (NIV) uses the income stated by the borrower on the 1003 loan application to qualify. Satisfactory employment history is established with 2 years at the same job or similar, related field. | | ¶¶132-135 (Decision One), ¶¶164-167 (Ownit)<br><br>**Excerpt (¶134)**<br><br>According to testimony and documents submitted to the FCIC by a Clayton executive, during 2006 and the first half of 2007, Clayton reviewed 911,039 loans issued by originators, including Decision One, for securitization. Clayton determined that 28%, or 255,802, of the mortgages they reviewed did not satisfy applicable underwriting guidelines. | AAA/CCC (S&P)<br><br>Aaa/C (Moody's) | 28.66%/37.79% | 7.55 Times Expected Loss | √ | √ | √ KS |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43709QAE6 | Home Equity Asset Trust 2006-8 | 26-Oct-06 | ¶¶207-208; ¶212<br><br>**Excerpt (¶212)**<br><br>Exceptions to the guidelines will be made if the loan meets the primary criteria of the RightLoan and offers supported compensating factors when a deviation occurs. In all cases, the exception(s) and compensating factor(s) are clearly documented in the file and require branch manager approval and a second signature from the corporate underwriter. | ¶243<br><br>**Excerpt (¶243)**<br><br>Limited Income Verification (LIV) represents an average of 6 months bank statements. No Income Verification (NIV) uses the income stated by the borrower on the 1003 loan application to qualify. Satisfactory employment history is established with 2 years at the same job or similar, related field. | | ¶¶132-135 (Decision One), ¶¶164-167 (Ownit)<br><br>**Excerpt (¶134)**<br><br>According to testimony and documents submitted to the FCIC by a Clayton executive, during 2006 and the first half of 2007, Clayton reviewed 911,039 loans issued by originators, including Decision One, for securitization. Clayton determined that 28%, or 255,802, of the mortgages they reviewed did not satisfy applicable underwriting guidelines. | AAA/CC (S&P)<br><br>Aaa/C (Moody's) | 28.66%/37.79% | 7.55 Times Expected Loss | √ | √ | √ KS |
| 43709QAG1 | Home Equity Asset Trust 2006-8 | 26-Oct-06 | ¶¶207-208; ¶212<br><br>**Excerpt (¶212)**<br><br>Exceptions to the guidelines will be made if the loan meets the primary criteria of the RightLoan and offers supported compensating factors when a deviation occurs. In all cases, the exception(s) and compensating factor(s) are clearly documented in the file and require branch manager approval and a second signature from the corporate underwriter. | ¶243<br><br>**Excerpt (¶243)**<br><br>Limited Income Verification (LIV) represents an average of 6 months bank statements. No Income Verification (NIV) uses the income stated by the borrower on the 1003 loan application to qualify. Satisfactory employment history is established with 2 years at the same job or similar, related field. | | ¶¶132-135 (Decision One), ¶¶164-167 (Ownit)<br><br>**Excerpt (¶134)**<br><br>According to testimony and documents submitted to the FCIC by a Clayton executive, during 2006 and the first half of 2007, Clayton reviewed 911,039 loans issued by originators, including Decision One, for securitization. Clayton determined that 28%, or 255,802, of the mortgages they reviewed did not satisfy applicable underwriting guidelines. | AA+/D (S&P)<br><br>Aa1/C (Moody's) | 25.27%/36.65% | 7.55 Times Expected Loss | √ | √ | √ KS |
| 45661SAE3 | IndyMac INDA Mortgage Loan Trust 2006-AR2 | 14-Sep-06 | ¶¶215-218<br><br>**Excerpt (¶218)**<br><br>Exceptions to underwriting standards are permitted in situations in which compensating factors exist. Examples of these factors are significant financial reserves, a low loan-to-value ratio, significant decrease in the borrower's monthly payment and long-term employment with the same employer. | ¶¶245-247<br><br>**Excerpt (¶245)**<br><br>In general, documentation types that provide for less than full documentation of employment, income and liquid assets require higher credit quality and have lower loan-to-value ratios and loan amount limits. | ¶255<br><br>**Excerpt (¶255)**<br><br>Maximum loan-to-value and combined loan-to-value ratios and loan amounts are established according to the occupancy type, loan purpose, property type, FICO Credit Score, number of previous late mortgage payments and the age of any bankruptcy or foreclosure actions. | ¶¶144-163 (IndyMac)<br><br>**Excerpt (¶148)**<br><br>IndyMac "encouraged the use of nontraditional loans," engaged in "unsound underwriting practices" and "did not perform adequate underwriting," in an effort to "produce as many loans as possible and sell them in the secondary market." OIG Report at 11, 21.  The IndyMac OIG Report reviewed a sampling of loans in default and found "little, if any, review of borrower qualifications, including income, assets, and employment." | AAA/D (S&P)<br><br>NR/NR (Moody's) | 2.71%/13.67% (Group 1)<br>2.18%/19.3% (Group 2) | 1.61 Times Expected Loss | √ | | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45668NAB3 | IndyMac INDX Mortgage Loan Trust 2006-AR41 | 22-Dec-06 | ¶¶215-218 **Excerpt (¶218)** Exceptions to underwriting standards are permitted in situations in which compensating factors exist. Examples of these factors are significant financial reserves, a low loan-to-value ratio, significant decrease in the borrower's monthly payment and long-term employment with the same employer. | ¶¶245-247 **Excerpt (¶245)** In general, documentation types that provide for less than full documentation of employment, income and liquid assets require higher credit quality and have lower loan-to-value ratios and loan amount limits. | ¶255 **Excerpt (¶255)** Maximum loan-to-value and combined loan-to-value ratios and loan amounts are established according to the occupancy type, loan purpose, property type, FICO Credit Score, number of previous late mortgage payments and the age of any bankruptcy or foreclosure actions. | ¶¶144-163 (IndyMac) **Excerpt (¶148)** IndyMac "encouraged the use of nontraditional loans," engaged in "unsound underwriting practices" and "did not perform adequate underwriting," in an effort to "produce as many loans as possible and sell them in the secondary market." OIG Report at 11, 21. The IndyMac OIG Report reviewed a sampling of loans in default and found "little, if any, review of borrower qualifications, including income, assets, and employment." | AAA/D (S&P) Aaa/C (Moody's) | 24.27%/38.99% | 14.48 Times Expected Loss | √ | √ | √ CA |
| 45668NAD9 | IndyMac INDX Mortgage Loan Trust 2006-AR41 | 22-Dec-06 | ¶¶215-218 **Excerpt (¶218)** Exceptions to underwriting standards are permitted in situations in which compensating factors exist. Examples of these factors are significant financial reserves, a low loan-to-value ratio, significant decrease in the borrower's monthly payment and long-term employment with the same employer. | ¶¶245-247 **Excerpt (¶245)** In general, documentation types that provide for less than full documentation of employment, income and liquid assets require higher credit quality and have lower loan-to-value ratios and loan amount limits. | ¶255 **Excerpt (¶255)** Maximum loan-to-value and combined loan-to-value ratios and loan amounts are established according to the occupancy type, loan purpose, property type, FICO Credit Score, number of previous late mortgage payments and the age of any bankruptcy or foreclosure actions. | ¶¶144-163 (IndyMac) **Excerpt (¶148)** IndyMac "encouraged the use of nontraditional loans," engaged in "unsound underwriting practices" and "did not perform adequate underwriting," in an effort to "produce as many loans as possible and sell them in the secondary market." OIG Report at 11, 21. The IndyMac OIG Report reviewed a sampling of loans in default and found "little, if any, review of borrower qualifications, including income, assets, and employment." | AAA/D (S&P) Aaa/WD (Moody's) | 24.27%/38.99% | 14.48 Times Expected Loss | √ | √ | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45661FAC5 | IndyMac Residential Mortgage-Backed Trust, Series 2006-L2 | 14-Jun-06 | ¶217; ¶¶219-221<br><br>**Excerpt (¶220)**<br><br>IndyMac Bank's underwriting guidelines (the "**Underwriting Guidelines**") are primarily intended to assess (i) the value of the mortgaged property and to evaluate the adequacy of such property as collateral for the residential lot loan and (ii) the creditworthiness of the related mortgagor. | ¶247<br><br>**Excerpt (¶247)**<br><br>Under the Stated Income Program, which covers both the "Reduced Documentation Program" and the "No Ratio Program," more emphasis is placed on the prospective borrower's credit score and on the value and adequacy of the mortgaged property as collateral and other assets of the prospective borrower than on income underwriting. | ¶256<br><br>**Excerpt (¶256)**<br><br>The Underwriting Guidelines permit the mortgage loans to have Loan-to-Value Ratios at origination of up to 90% for the Full/Alternate Documentation program and 85% for the Stated Income Documentation programs, depending on, among other things, the mortgage loan amount and credit score. | ¶¶144-163 (IndyMac)<br><br>**Excerpt (¶148)**<br><br>IndyMac "encouraged the use of nontraditional loans," engaged in "unsound underwriting practices" and "did not perform adequate underwriting," in an effort to "produce as many loans as possible and sell them in the secondary market." OIG Report at 11, 21. The IndyMac OIG Report reviewed a sampling of loans in default and found "little, if any, review of borrower qualifications, including income, assets, and employment." | AAA/CCC (S&P)<br><br>Aaa/C (Moody's) | 7.13%/92.7% | 7.25 Times Expected Loss | √ | | |
| 45670AAB7 | IndyMac INDX Mortgage Loan Trust 2007-FLX3 | 26-Apr-07 | ¶¶215-218<br><br>**Excerpt (¶218)**<br><br>Exceptions to underwriting standards are permitted in situations in which compensating factors exist. Examples of these factors are significant financial reserves, a low loan-to-value ratio, significant decrease in the borrower's monthly payment and long-term employment with the same employer. | ¶¶245-247<br><br>**Excerpt (¶245)**<br><br>In general, documentation types that provide for less than full documentation of employment, income and liquid assets require higher credit quality and have lower loan-to-value ratios and loan amount limits. | ¶255<br><br>**Excerpt (¶255)**<br><br>Maximum loan-to-value and combined loan-to-value ratios and loan amounts are established according to the occupancy type, loan purpose, property type, FICO Credit Score, number of previous late mortgage payments and the age of any bankruptcy or foreclosure actions. | ¶¶144-163 (IndyMac)<br><br>**Excerpt (¶148)**<br><br>IndyMac "encouraged the use of nontraditional loans," engaged in "unsound underwriting practices" and "did not perform adequate underwriting," in an effort to "produce as many loans as possible and sell them in the secondary market." OIG Report at 11, 21. The IndyMac OIG Report reviewed a sampling of loans in default and found "little, if any, review of borrower qualifications, including income, assets, and employment." | AAA/CC (S&P)<br><br>Aaa/C (Moody's) | 8.06%/30.13% | 4.97 Times Expected Loss | √ | √ | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75115YAB5 | RALI Series 2007-QO1 Trust | 23-Jan-07 | ¶¶222-225<br><br>**Excerpt (¶225)**<br><br>For example, a mortgage loan may be considered to comply with the underwriting standards described above, even if one or more specific criteria included in the underwriting standards were not satisfied, if other factors positively compensated for the criteria that were not satisfied. | ¶248<br><br>**Excerpt (¶248)**<br><br>Certain of the mortgage loans have been originated under "reduced documentation" or "no stated income" programs, which require less documentation and verification than do traditional "full documentation" programs. Generally, under a "reduced documentation" program, no verification of a mortgagor's stated income is undertaken by the originator. | | ¶¶136-143 (Homecomings)<br><br>**Excerpt (¶138)**<br><br>"In order to keep your market share, you had to be more aggressive," said Tim Boyd, who sold subprime loans in the Portland area for six years and then Alt A loans for seven years for Homecomings Financial… He said he knows of loan officers who'd tell title agents to keep quiet about Option ARM loan provisions during document-signing time. "They'd tell the title officer, 'Don't go over this; just glean through it quickly and get the thing signed.'" Tim Boyd said he drew the line at selling Option ARMs because he saw how that could get people into trouble. "It made me sick," he said. | AAA/D (S&P)<br><br>Aaa/C (Moody's) | 13.97%/34.82% | 3.87 Times Expected Loss | √ | √ | √ KS |
| 75115YAC3 | RALI Series 2007-QO1 Trust | 23-Jan-07 | ¶¶222-225<br><br>**Excerpt (¶225)**<br><br>For example, a mortgage loan may be considered to comply with the underwriting standards described above, even if one or more specific criteria included in the underwriting standards were not satisfied, if other factors positively compensated for the criteria that were not satisfied. | ¶248<br><br>**Excerpt (¶248)**<br><br>Certain of the mortgage loans have been originated under "reduced documentation" or "no stated income" programs, which require less documentation and verification than do traditional "full documentation" programs. Generally, under a "reduced documentation" program, no verification of a mortgagor's stated income is undertaken by the originator. | | ¶¶136-143 (Homecomings)<br><br>**Excerpt (¶138)**<br><br>"In order to keep your market share, you had to be more aggressive," said Tim Boyd, who sold subprime loans in the Portland area for six years and then Alt A loans for seven years for Homecomings Financial… He said he knows of loan officers who'd tell title agents to keep quiet about Option ARM loan provisions during document-signing time. "They'd tell the title officer, 'Don't go over this; just glean through it quickly and get the thing signed.'" Tim Boyd said he drew the line at selling Option ARMs because he saw how that could get people into trouble. "It made me sick," he said. | AAA/D (S&P)<br><br>Aaa/C (Moody's) | 13.97%/34.82% | 3.87 Times Expected Loss | √ | √ | √ CA |

| CUSIP | Issuing Entity | Trade Date | Borrower Capacity to Repay Allegations | Reduced Documentation Allegations | Loan to Value (LTV) Ratio & Owner-Occupancy Allegations | Originator Allegations | Initial / Current Credit Rating (Tbl. 4) | Delinquency & Default 12 mo / Most Recent (Tbl. 5) | Actual vs. Expected Loss (Fig. 2) | § 11 | § 12 | Blue Sky |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74924XAC9 | RASC Series 2007-EMX1 Trust | 8-Mar-07 | ¶¶226-229<br><br>**Excerpt (¶229)**<br><br>Exceptions to these standards are made, however, on a case by case basis if it is determined, generally based on compensating factors, that an underwriting exception is warranted. Compensating factors may include, but are not limited to, a low LTV ratio, stable employment, a relatively long period of time in the same residence, a mortgagor's cash reserves and savings and monthly residual income. | ¶249<br><br>**Excerpt (¶249)**<br><br>Some of the mortgage loans have been originated under "stated income" programs (also referred to in this prospectus supplement as "reduced documentation" programs) that require less documentation and verification than do traditional "full documentation" programs. | | | AAA/D (S&P)<br><br>Aaa/Ca (Moody's) | 20.93%/22.92% | | √ | √ | √ KS |
| 80556AAD9 | Saxon Asset Securities Trust 2006-3: SAST 2006-3 | 28-Sep-06 | ¶¶230-234<br><br>**Excerpt (¶230)**<br><br>The Saxon Mortgage underwriting guidelines provide for an analysis of the overall situation of the borrower and take into account compensating factors which may be used to offset certain areas of weakness. Specific compensating factors include:<br>• loan-to-value ratio;<br>• mortgage payment history;<br>• disposable income;<br>• employment stability; and<br>• number of years at residence. | ¶250<br><br>**Excerpt (¶250)**<br><br>Substantially all of the mortgage loans were originated consistent with and generally conform to "Full Documentation," Limited Documentation," or "Stated Documentation" residential loan programs. Under each of such programs, the related originator generally reviews the applicant's source of income, calculates the amount of income from sources indicated on the loan application or similar documentation, reviews the credit history of the applicant, calculates the debt-to-income ratio to determine the applicant's ability to repay the loan, and reviews the type and use of the property being financed. | | ¶¶168-170 (People's Choice)<br><br>**Excerpt (¶170)**<br><br>One former People's Choice manager who spoke on condition of anonymity said, "That place was run by the sales people," some making $200,000 to $300,000 a month. That did create pressure on underwriters, the former manager said. "There was a lot of 'keep your mouth shut' going on, meaning you just didn't ask questions about things you knew were wrong." | AAA/D (S&P)<br><br>Aaa/Caa3 (Moody's) | 21.62%/26.55% | 7.72 Times Expected Loss | √ | | |