UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>                Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>                Defendants. | Civil Action No. 12-2648 JWL/JPO<br><br>ECF CASE |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS**

Pursuant to D. Kan. R. 7.1, Defendants Credit Suisse Securities (USA) LLC, and Credit Suisse First Boston Mortgage Securities Corp. ("Credit Suisse"), hereby move this Court for an unopposed extension to the page limitations prescribed by D. Kan. R. 7.1(e). In support of its motion, Credit Suisse states as follows:

**1.** On October 4, 2012, Plaintiff filed a 404-paragraph complaint concerning claims against Credit Suisse.

**2.** On December 13, 2012, the Court granted Credit Suisse's request that the total number of pages in Credit Suisse's motion to dismiss shall not exceed 45 pages.

**3.** On January 8, 2013, the Court granted Plaintiff's request that the total number of pages in Plaintiff's opposition in response to Credit Suisse's motion to dismiss shall not exceed 48 pages.

**4.** Credit Suisse requests that the total number of pages in Credit Suisse's reply in support of its motion to dismiss shall not exceed 35 pages.

**5.** Counsel for Credit Suisse has conferred with counsel for Plaintiff and represents that counsel for Plaintiff has no objections to this requested extension.

**6.** Credit Suisse requests the above alteration to the page limitations prescribed by D. Kan. R. 7.1(e) in light of the issues raised in Plaintiff's opposition, and because the issues raised by Plaintiff's allegations are complex and present significant legal and factual considerations.

Accordingly, Credit Suisse respectfully moves this Court for an extension to the page limitations prescribed by D. Kan. R. 7.1(e), as set forth above.

January 30, 2013

                        Respectfully submitted,

                        FOULSTON SIEFKIN LLP

                  By:  /s/ *Toby Crouse*
                        Toby Crouse (Kan. #20030)
                        James D. Oliver (Kan. #08604)
                        32 Corporate Woods, Suite 600
                        9225 Indian Creek Pkwy.
                        Overland Park, KS  66210-2000
                        Phone:  (913) 498-2100
                        Fax:   (913) 498-2101
                        Email:  tcrouse@foulston.com
                                  joliver@foulston.com

                        Richard W. Clary
                        Richard J. Stark
                        Michael T. Reynolds
                        Lauren A. Moskowitz
                        CRAVATH, SWAINE & MOORE LLP
                        Worldwide Plaza
                        825 Eighth Avenue
                        New York, NY 10019
                        Phone: (212) 474-1000
                        Fax: (212) 474-3700
                        rclary@cravath.com
                        rstark@cravath.com
                        mreynolds@cravath.com
                        lmoskowitz@cravath.com

                        *Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of January, 2013, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

       /s/ *Toby Crouse*
*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*