UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>         Plaintiff,<br><br>  v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>         Defendants. | Civil Action No. 12-2648 JWL/JPO<br><br>ECF CASE<br><br>ORAL ARGUMENT REQUESTED |

**THE CREDIT SUISSE DEFENDANTS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Pursuant to D. Kan. R. 7.2, Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. (collectively, "Credit Suisse") submit this Motion respectfully requesting that the Court set Defendants' Motion to Dismiss the Plaintiff's Complaint for oral argument. Both Credit Suisse and Plaintiff have requested oral argument in the briefing on Defendants' Motion to Dismiss the Plaintiff's Complaint. In view of the highly complex nature of the legal and factual issues in this case, and especially the arguments made in Credit Suisse's motion to dismiss, Credit Suisse believes that argument may be useful to the Court to answer any questions that the Court may have in resolving Defendants' Motion to Dismiss the Plaintiff's Complaint. Counsel for Credit Suisse has conferred with Plaintiff, and counsel for Plaintiff has indicated that it takes no position on this motion.

February 4, 2013

                Respectfully submitted,

                FOULSTON SIEFKIN LLP

By: /s/ *Toby Crouse*
     Toby Crouse (Kan. #20030)
     James D. Oliver (Kan. #08604)
     32 Corporate Woods, Suite 600
     9225 Indian Creek Pkwy.
     Overland Park, KS 66210-2000
     Phone: (913) 498-2100
     Fax:   (913) 498-2101
     Email: tcrouse@foulston.com
            joliver@foulston.com

     Richard W. Clary
     Richard J. Stark
     Michael T. Reynolds
     Lauren A. Moskowitz
     CRAVATH, SWAINE & MOORE LLP
     Worldwide Plaza
     825 Eighth Avenue
     New York, NY 10019
     Phone: (212) 474-1000
     Fax: (212) 474-3700
     rclary@cravath.com
     rstark@cravath.com
     mreynolds@cravath.com
     lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2013, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Toby Crouse*
*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*