IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | No. 12-2648 JWL/JPO |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Kan. R. 6.1(a), defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. (collectively, "Defendants"), hereby move this Court for an unopposed extension of time in which to file an Answer. In support of their motion, Defendants state as follows:

**1.** On October 4, 2012, plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union ("Plaintiff") filed a Complaint concerning claims against Defendants. ECF No. 1.

**2.** On December 14, 2012, Defendants filed a Motion to Dismiss Plaintiff's claims. ECF Nos. 23, 24. Following the parties' briefing and oral argument, this Court granted in part and denied in part Defendants' Motion to Dismiss on April 8, 2013. ECF No. 47.

**3.** Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants have until at least April 22, 2013 to file a responsive pleading to the Complaint.

**4.** Defendants have sought no prior extension of this deadline.

**5.** Defendants request that the time within which Defendants may file a responsive pleading to the Complaint is extended through and including May 22, 2013.

**6.** Defendants' counsel have conferred with Plaintiff's counsel, and represent that Plaintiff's counsel has no objections to this requested extension.

**7.** This request is not being sought for the purpose of delay or any improper purpose. Rather, Defendants request this extension because the issues raised by Plaintiff's allegations are complex and need significant legal and factual investigation.

**8.** In moving for an extension of time, Defendants do not waive and specifically reserve all rights, claims and defenses, including but not limited to defenses related to service of process, jurisdiction and venue.

Accordingly, Defendants respectfully move this Court for an extension through and including May 22, 2013 for Defendants to file a responsive pleading to Plaintiff's Complaint.

Dated: April 18, 2013

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: /s/ Toby Crouse
Toby Crouse (Kan. #20030)
James D. Oliver (Kan. #08604)
32 Corporate Woods, Suite 600
9225 Indian Creek Pkwy.
Overland Park, KS 66210-2000
Phone: (913) 498-2100
Fax: (913) 498-2101
Email: tcrouse@foulston.com
joliver@foulston.com

Of Counsel:

Richard W. Clary
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of April, 2013, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will then serve an electronic notice and copy of the same on counsel of record.

/s/ Toby Crouse
Toby Crouse