**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>       Plaintiff,<br><br>   v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS INC., GREENWICH CAPITAL ACCEPTANCE, INC., FINANCIAL ASSET SECURITIES CORP., FREMONT MORTGAGE SECURITIES CORP., RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., INDYMAC MBS, INC., NOVASTAR MORTGAGE FUNDING CORP., NOMURA HOME EQUITY LOAN, INC., LARES ASSET SECURITIZATION, INC., SAXON ASSET SECURITIES CO., and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>       Defendants. | Case No. 11-2340 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>       Plaintiff,<br><br>   v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC ,<br><br>       Defendants. | Case No. 11-2341 JWL/JPO |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>WACHOVIA CAPITAL MARKETS LLC,<br><br><div align="center">Defendant.</div> | Case No. 11-2649 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, and of Western Corporate Federal Credit Union,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,<br><br><div align="center">Defendants.</div> | Case No. 12-2591 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br><div align="center">Defendants.</div> | Case No. 12-2648 JWL/JPO |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and of Members United Corporate Federal Credit Union,<br><br>                            Plaintiff,<br><br>           v.<br><br>BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC.<br><br>                         Defendants. | Case No. 12-2781 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>                            Plaintiff,<br><br>           v.<br><br>JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP.,<br><br>                         Defendants. | Case No. 13-2012 JWL/JPO |

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO NCUA'S MOTION *IN LIMINE* TO ADMIT EXPERT STATISTICAL SAMPLING TESTIMONY

Defendants in each of the above-captioned actions (with the exception of Defendant Nomura Home Equity Loan, Inc. in *NCUA v. RBS Securities, Inc.*, Case No. 11-2340) respectfully submit this joint Unopposed Motion for an extension of time until August 20, 2013 to respond to NCUA's Motion *In Limine* To Admit Expert Statistical Sampling Testimony filed on July 23, 2013 (the "Sampling Motion").  In support of this Unopposed Motion, Defendants state:

1.      On April 29, 2013, the Court entered an order permitting NCUA to submit, if it chose, a motion related to the issue of statistical sampling.

2.      On or about July 23, 2013, NCUA filed the Sampling Motion in each of the above-captioned cases.  (Defendants note that in *NCUA v. RBS Securities, Inc.*, Case No. 11-2340, Defendant Nomura Home Equity Loan, Inc. filed a separate motion regarding the Sampling Motion and does not join in this joint Unopposed Motion. The remaining Defendants in that action do join in this Unopposed Motion).

3.      Pursuant to D. Kan. Rule 6.1(d)(1), Defendants' respective responses to the Sampling Motion are due August 6, 2013.

4.      While Defendants believe the relief sought by the Sampling Motion is premature, particularly in light of the PSLRA, Defendants require additional time to review and respond to the Sampling Motion, particularly as they intend to coordinate and present a consolidated opposition brief.

5.      Defendants have contacted counsel for NCUA and have confirmed that NCUA does not oppose granting each of the Defendants in the above-captioned actions until August 20, 2013 to respond to the Sampling Motion.

6.      This is Defendants' first request for an extension of time to respond to the Sampling Motion.  This joint Unopposed Motion is brought for good cause and is made to further the interests of justice and judicial economy.

7.      This joint Unopposed Motion is not made for any vexatious or dilatory purpose and none of the parties will be prejudiced by the requested extension.

8.      This joint Unopposed Motion is made before the expiration of the deadline to respond to the Sampling Motion.

**WHEREFORE**, for good cause shown, Defendants in each of the above-captioned actions (with the exception of Defendant Nomura Home Equity Loan, Inc. in *NCUA v. RBS Securities, Inc.*, Case No. 11-2340) jointly

request that the Court grant this Unopposed Motion for an extension of time until August 20, 2013 for Defendants to respond to NCUA's Motion *In Limine* To Admit Expert Statistical Sampling Testimony, and grant such other and further relief as the Court deems just and proper.

Pursuant to D. Kan. Rule 7.1(b), a proposed Order granting this joint Unopposed Motion is submitted directly to the judge's chambers via electronic mail.

August 2, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Toby Crouse<br>Toby Crouse (KS #20030)<br>James D. Oliver (KS #08604)<br>FOULSTON SIEFKIN LLP<br>32 Corporate Woods, Suite 600<br>9225 Indian Creek Pkwy.<br>Overland Park, KS  66210-2000<br>Tel:  (913) 498-2100<br>Fax:  (913) 498-2101<br>tcrouse@foulston.com<br>joliver@foulston.com | /s/ John W. Shaw<br>John W. Shaw (KS # 70091)<br>Thomas P. Schult (KS # 70463)<br>Jennifer B. Wieland (KS # 22444)<br>BERKOWITZ OLIVER WILLIAMS<br>SHAW & EISENBRANDT LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Tel:  (816) 561-7007<br>Fax:  (816) 561-1888<br>jshaw@berkowitzoliver.com<br>tschult@berkowitzoliver.com<br>jwieland@berkowitzoliver.com |
| *Of Counsel*<br><br>Richard W. Clary<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3700<br>rclary@cravath.com<br>rstark@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* | *Of Counsel*<br><br>Jay B. Kasner<br>Scott D. Musoff<br>Gary J. Hacker<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel:  (212) 735-3000<br>Fax:  (212) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br>gary.hacker@skadden.com<br><br>*Attorneys for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| /s/ John W. Shaw<br>John W. Shaw (KS # 70091)<br>Thomas P. Schult (KS # 70463)<br>Jennifer B. Wieland (KS # 22444)<br>BERKOWITZ OLIVER WILLIAMS<br>SHAW & EISENBRANDT LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Tel:  (816) 561-7007<br>Fax:  (816) 561-1888<br>jshaw@berkowitzoliver.com<br>tschult@berkowitzoliver.com<br>jwieland@berkowitzoliver.com | /s/ W. Perry Brandt<br>W. Perry Brandt (KS # 77842)<br>BRYAN CAVE LLP<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, Missouri 64105<br>Tel: (816) 374-3200<br>Fax: (816) 374-3300<br>Jeffrey J. Kalinowski, *pro hac vice*<br>Richard H. Kuhlman, *pro hac vice*<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102 |

|  | Tel: (314) 259-2000<br>Fax: (314) 259-2020<br><br>*Attorneys for Defendant Wachovia Capital Markets, LLC and Wachovia Mortgage Loan & Trust, LLC* |
|---|---|
| *Of Counsel*<br><br>Michael A. Paskin<br>J. Wesley Earnhardt<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3200<br>mpaskin@cravath.com<br>wearnhardt@cravath.com<br><br>*Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I, LLC* | /s/ William F. Alderman (admitted pro hac vice)<br>William F. Alderman, CA Bar No. 47381<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel:  (415) 773-5700<br>Fax: (415) 773-5759<br>walderman@orrick.com<br><br>/s/ Michael Thompson<br>Michael Thompson, KS #70196<br>Faiza Bergquist, KS #24525<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Tel: (816) 983-8000<br>Fax: (816) 983-8080<br>Michael.Thompson@huschblackwell.com<br><br>*Attorneys for Defendant Novastar Mortgage Funding Corporation* |
| /s/ Mikel L. Stout<br>Mikel L. Stout, #05811<br>mstout@foulston.com<br>FOULSTON SIEFKIN LLP<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466<br>Telephone:  (316) 267-6371<br>Facsimile:  (316) 267-6345<br><br>R. Alexander Pilmer, CA Bar No. 166196<br>alexander.pilmer@kirkland.com<br>David I. Horowitz, CA Bar No. 248414<br>david.horowitz@kirkland.com<br>Tammy A. Tsoumas CA Bar No. 250487<br>tammy.tsoumas@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA  90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>**Admitted *Pro Hac Vice***<br><br>*Attorneys for Defendants RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp.* |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2013, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


/s/ *Toby Crouse*_____