**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS INC., GREENWICH CAPITAL ACCEPTANCE, INC., FINANCIAL ASSET SECURITIES CORP., FREMONT MORTGAGE SECURITIES CORP., RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., INDYMAC MBS, INC., NOVASTAR MORTGAGE FUNDING CORP., NOMURA HOME EQUITY LOAN, INC., LARES ASSET SECURITIZATION, INC., SAXON ASSET SECURITIES CO., and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>Defendants. | Case No. 11-2340 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC ,<br><br>Defendants. | Case No. 11-2341 JWL/JPO |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union,<br><br>       Plaintiff,<br><br>   v.<br><br>WACHOVIA CAPITAL MARKETS LLC,<br><br>       Defendant. | Case No. 11-2649 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, and of Western Corporate Federal Credit Union,<br><br>       Plaintiff,<br><br>   v.<br><br>UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,<br><br>       Defendants. | Case No. 12-2591 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>       Plaintiff,<br><br>   v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>       Defendants. | Case No. 12-2648 JWL/JPO |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Southwest Corporate Federal Credit Union, and of Members United Corporate Federal Credit Union,<br><br>                      Plaintiff,<br><br>        v.<br><br>BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC.<br><br>                      Defendants. | Case No. 12-2781 JWL/JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>                      Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP.,<br><br>                      Defendants. | Case No. 13-2012 JWL/JPO |

**ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO NCUA'S MOTION *IN LIMINE* TO ADMIT EXPERT STATISTICAL SAMPLING TESTIMONY**

Pending before the Court is Defendants' Joint Unopposed Motion For An Extension of Time to Respond to NCUA's Motion *In Limine* to Admit Expert Statistical Sampling Testimony filed on July 23, 2013 (the "Sampling Motion"). Defendants (with the exception of Defendant Nomura Home Equity Loan, Inc. in Case No. 11-2340) seek until August 20, 2013 to respond to the Sampling Motion. NCUA does not oppose this Motion, which was timely filed by Defendants. Having considered the Unopposed Motion, the Court finds that good cause exists to grant the requested extension.

**IT IS THEREFORE ORDERED BY THE COURT** that each of the Defendants in the above-captioned actions (except Defendant Nomura Home Equity Loan, Inc., which filed a separate motion for an extension of time) shall have until August 20, 2013 to respond to NCUA's Motion *In Limine* To Admit Expert Statistical Sampling Testimony.

**IT IS SO ORDERED**.

Dated: August 5, 2013                               s/ John W. Lungstrum
                                                                United States District Judge