## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | |
| *Plaintiff,* | |
| vs. | Case No. 12-cv-2648-JWL/JPO |
| CREDIT SUISSE SECURITIES (USA) LLC, et al. | |
| *Defendants.* | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of NCUA's Fed. R. Civ. P. 26(a)(1) Initial Disclosures were served upon all counsel of record, via electronic mail on January 17, 2014.

Dated: January 20, 2014

**STUEVE SIEGEL HANSON LLP**

_____/s/ Rachel E. Schwartz_____
Rachel E. Schwartz – KS #21782
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7125
Facsimile: 816/714-7101
schwartz@stuevesiegel.com
**ATTORNEY FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on January 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Rachel E. Schwartz
Rachel E. Schwartz