# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>Defendants. | No. 12-2648 JWL/JPO |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2014, defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp., (collectively, "Credit Suisse"), served Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, (collectively with those credit unions on whose behalf it is acting in this matter, "NCUA") with Credit Suisse's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) via electronic mail.  On January 20, 2014, a copy of this Certificate of Service was filed using the Court's CM/ECF system, which will send a notification of the same to all counsel of record.

Dated:  January 20, 2014

Respectfully submitted,

                        FOULSTON SIEFKIN LLP

           By:  /s/ Toby Crouse
                Toby Crouse (Kan. #20030)
                James D. Oliver (Kan. #08604)
                32 Corporate Woods, Suite 600
                9225 Indian Creek Pkwy.
                Overland Park, KS  66210-2000
                Phone:  (913) 498-2100
                Fax:   (913) 498-2101
                Email:  tcrouse@foulston.com
                        joliver@foulston.com

                and

                Richard W. Clary
                Michael T. Reynolds
                Lauren A. Moskowitz
                CRAVATH, SWAINE & MOORE LLP
                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                Phone: (212) 474-1000
                Fax: (212) 474-3700
                rclary@cravath.com
                mreynolds@cravath.com
                lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*