Cote, D.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>                                   Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br><br>                                   Defendants. | **STIPULATION AND [PROPOSED] ORDER**<br><br><br>Case No. 13-cv-6736 (DLC) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 5, 2013, the Court endorsed a letter requiring Defendants (collectively "Credit Suisse") to "produce what it reasonably believes to be the final loan tapes for the offerings at issue in [Credit Suisse's] case that have already been produced by [Credit Suisse] in another residential mortgage-backed securities ("RMBS") action within two business days after a protective order is entered by the Court in these actions, but not before December 10, 2013," Dkt. 38;

WHEREAS, on December 10, 2013, Credit Suisse produced to the National Credit Union Administration Board ("NCUA"), "loan-level data" for several securitizations at issue, including the ARMT 2007-2 and LBMLT 2006-1 securitizations, that had "already been produced by Credit Suisse in another residential mortgage-backed securities action";

WHEREAS, NCUA, through its statistical sampling expert Dr. Charles Cowan, identified random statistical samples for the Certificates at issue in this Action, including ARMT 2007-2 2A1 and LBMLT 2006-1 2A3, using the loan-level data produced by Credit Suisse pursuant to the December 5, 2013 endorsed letter;

WHEREAS, on April 4, 2014, NCUA filed a Motion *In Limine* To Admit Expert Statistical Sampling Testimony of Dr. Cowan, including testimony relating to the random statistical samples for the ARMT 2007-2 and LBMLT 2006-1 securitizations, Dkt. 76 (the "Sampling Motion");

WHEREAS, on April 18, 2014, NCUA identified the list of Sampled Loans for the securitizations at issue pursuant to Part (a) of the Loan File Reunderwriting Protocol, Dkt. 80;

WHEREAS, on April 30, 2014, the Court granted NCUA's Sampling Motion, Dkt. 93;

WHEREAS, on May 16, 2014, Credit Suisse notified NCUA that the loan-level data for the ARMT 2007-2 and LBMLT 2006-1 securitizations that Credit Suisse had previously produced on December 10, 2013, was not the final loan-level data for these securitizations;

WHEREAS, on May 16, 2014, Credit Suisse produced what it now reasonably believes to be the final loan-level data for the ARMT 2007-2 and LBMLT 2006-1 securitizations;

WHEREAS, NCUA, through its statistical sampling expert Dr. Cowan, has identified new random statistical samples for the ARMT 2007-2 and LBMLT 2006-1 securitizations using the loan-level data provided on May 16, 2014 ("Amended

Samples") and has amended the statistical information in Appendix 1 ("Significance Test Results for Eleven Key Variables") to the April 4, 2014 Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Reliable Random Samples of Mortgage Loans ("Amended Statistical Information");

WHEREAS, NCUA provided the Amended Samples and the Amended Statistical Information to Credit Suisse on May 22, 2014; and

WHEREAS, the Loan File Reunderwriting Protocol, Dkt. 80, required Credit Suisse to disclose, among other things, whether it had loan files or reunderwriting guidelines for loans in NCUA's statistical samples in its possession, custody, or control, by May 16, 2014, and Credit Suisse has not had the opportunity to provide that information for the Amended Samples;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.     The Amended Samples shall be deemed to supersede and replace the samples for the ARMT 2007-2 and LBMLT 2006-1 securitizations contained in the Expert Report of Charles D. Cowan, Ph.D., dated April 4, 2014;

2.     The Amended Statistical Information shall be deemed to supersede and replace the information regarding the ARMT 2007-2 and LBMLT 2006-1 securitizations in Appendix 1 of the Expert Report of Charles D. Cowan, Ph.D., dated April 4, 2014;

3.     The Court's Order Re: Admission of Expert Statistical Sampling Testimony, Dkt. 93, applies with full force to the Amended Samples and the Amended Statistical Information;

4.      By June 5, 2014, Credit Suisse shall inform NCUA of whether, for each of the loans in the Amended Samples, Credit Suisse has within its possession, custody, or control – and reasonably expects to be able to produce – any loan origination file documents (the "Loan Files") and applicable underwriting guidelines, manuals, reference guides, policies, and matrices (the "Guidelines").  By the same date, Credit Suisse shall also inform NCUA whether it believes such documents (if any) generated or maintained by Credit Suisse's affiliates are within Credit Suisse's possession, custody, or control, and whether Loan Files and Guidelines generated or maintained by its affiliates will be produced by Credit Suisse;

5.      If Credit Suisse or its affiliates does not have Loan Files or Guidelines for the Amended Samples, it shall inform NCUA in writing by June 12, 2014, about who it understands has or last had in its possession, custody, or control such Loan Files or Guidelines; and

6.      All other provisions and deadlines in the Loan File Reunderwriting Protocol shall continue to apply to the Amended Samples.

So ordered.

Denise Cote

May 28, 2014

4

STIPULATED AND AGREED

*Andrew Shen*

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
Kellogg, Huber, Hansen, Todd,
 Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W.,
Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
Korein Tillery LLC
205 North Michigan Avenue,
Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9760
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
Korein Tillery LLC
505 North Seventh Street,
Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Michelle W. Cohen
Patterson Belknap
 Webb & Tyler LLP
1133 Avenue of the  Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
mcohen@pbwt.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
Cravath, Swaine, & Moore LLP
825 Eighth Avenue
New York, NY 10019
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

SO ORDERED this ___ day of _____, 2014.

_____
HON. DENISE COTE
United States District Judge
Southern District of New York

6