```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :    13cv6705 (DLC)
             -v-                      :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                        Defendants.   :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/14
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :    11cv2340 (JWL)
             -v-                      :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------X

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :    11cv5887 (GW)
             -v-                      :    11cv6521 (GW)
                                      :
RBS SECURITIES, INC., f/k/a GREENWICH :
CAPITAL MARKETS, INC., et al.,        :    ORDER
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Pursuant to § (g) of the Loan File Reunderwriting Protocol and a July 14, 2014 Order, the parties in these actions have periodically submitted status reports "as to identification and production by Defendant Groups and third-parties of Loan Files and Guidelines for the Sampled Loans, and as to the status of . . . stipulations."  At the time of the August 8 status report, three percent of sample loans had been collected for the Novastar defendant group, and fifty percent had been collected for the Wachovia defendant group.  Those percentages had not changed at the time of the September 5 status report.  At the time of the October 3 status report, fifty percent of sample loans had been collected for the Novastar defendant group, and seventy-four percent had been collected for the Wachovia defendant group.  Those percentages had not changed at the time of the October 31 status report.  Accordingly, it is hereby

ORDERED that by November 17, 2014 the plaintiff and Novastar parties shall submit a status report concerning the collection of the Novastar defendant group's sample loan files.

IT IS FURTHER ORDERED that by November 17, 2014 the plaintiff and Wachovia parties shall submit a status report concerning the collection of the Wachovia defendant group's sample loan files.

Dated: November 3, 2014          /s/ Denise Cote
                                 United States District Judge


Dated: November 3, 2014          /s/ George H. Wu
                                 United States District Judge


Dated: November 3, 2014          /s/ John W. Lungstrum
                                 United States District Judge


Dated: November 3, 2014          /s/ James P. O'Hara
                                 United States Magistrate Judge