# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO., INC., MORGAN STANLEY CAPITAL I INC.,<br>　　　　　　　　　　　Defendants. | Case No. 1:13-cv-06705-DLC |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.,<br>　　　　　　　　　　　Defendants. | Case No. 1:13-cv-06736-DLC |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/15

# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>      Plaintiff,<br><br>    v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., and INDYMAC MBS, INC.,<br><br>      Defendants. | Civil Action No. 12-2648 JWL/JPO |

## STIPULATION AND [PROPOSED] ORDER CONCERNING CREDIT SUISSE'S INTERROGATORY RESPONSES

WHEREAS, this Stipulation is entered into by and among Plaintiff National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Western Corporate Federal Credit Union, and U.S. Central Corporate Federal Credit Union ("NCUA") and Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. ("Credit Suisse") (collectively, "the Parties");

WHEREAS, the Courts on March 16, 2015 ordered that Credit Suisse shall respond to NCUA's First Set of Interrogatories within 14 days by providing the information in the form requested by each interrogatory; and

WHEREAS the Parties have met and conferred concerning Credit Suisse's responses to NCUA's First Set of Interrogatories;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

(1) Credit Suisse will respond to NCUA's interrogatory numbers 1, 4, 5, and 7 by March 30, 2015;

(2) Credit Suisse will respond to NCUA's interrogatory numbers 2, 3, and 6 by March 30, 2015 with respect to the securitizations at issue for which Credit Suisse served solely as underwriter but for which Credit Suisse was not the lead underwriter responsible for conducting diligence;

(3) Credit Suisse will respond to NCUA's interrogatory numbers 2, 3, and 6 by April 15, 2015 with respect to the remaining securitizations at issue for which Credit Suisse served solely as underwriter; and

(4) Credit Suisse will respond to NCUA's interrogatory numbers 2, 3, and 6 by April 30, 2015 with respect to the remaining securitizations at issue.

SO ORDERED this 27th day of March, 2015

/s/
_____
HON. DENISE COTE
United States District Judge
Southern District of New York

/s/
_____
HON. JAMES P. O'HARA
United States Magistrate Judge
District of Kansas

/s/
_____
HON. JOHN W. LUNGSTRUM
United States District Judge
District of Kansas

/s/
_____
HON. GEORGE H. WU
United States District Judge
Central District of California

1

STIPULATED AND AGREED

*[signature]* / DHK

| | |
|---|---|
| Erik Haas<br>Peter W. Tomlinson<br>Henry J. Ricardo<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 336-2000<br>Fax: (212) 336-2222<br>ehaas@pbwt.com<br>pwtomlinson@pbwt.com<br>hjricardo@pbwt.com | David C. Frederick<br>Wan J. Kim<br>Gregory G. Rapawy<br>Andrew C. Shen<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>dfrederick@khhte.com<br>wkim@khhte.com<br>grapawy@khhte.com<br>ashen@khhte.com |
| David H. Wollmuth<br>Frederick R. Kessler<br>Steven S. Fitzgerald<br>Ryan A. Kane<br>WOLLMUTH MAHER & DEUTSCHE LLP<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br>Tel.: (212) 382-3300<br>Fax: (212) 382-0050<br>dwollmuth@wmd-law.com<br>fkessler@wmd-law.com<br>sfitzgerald@wmd-law.com<br>rkane@wmd-law.com | George A. Zelcs<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Tel: (312) 641-9760<br>Fax: (312) 641-9751<br>gzelcs@koreintillery.com |
| Norman E. Siegel<br>Rachel E. Schwartz<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Tel: (816) 714-7100<br>Fax: (816) 714-7101<br>siegel@stuevesiegel.com<br>schwartz@stuevesiegel.com | Stephen M. Tillery<br>Greg G. Gutzler<br>Robert L. King<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Tel: (314) 241-4844<br>Fax: (314) 241-3525<br>stillery@koreintillery.com<br>ggutzler@koreintillery.com<br>rking@koreintillery.com |

*Attorneys for Plaintiff National Credit Union Administration Board*

*/s/* Richard W. Clary /DHK

Richard W. Clary
Michael T. Reynolds
Lauren A. Moskowitz
Omid Nasab
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com
onasab@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*