IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, *et al.*,<br><br>Defendants. | No. 12-2648 JWL/JPO |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2015, defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp., (collectively, "Credit Suisse"), served Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, (collectively with those credit unions on whose behalf it is acting in this matter, "NCUA") with the Credit Suisse Defendants' Second Amended and Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, via electronic mail.  On August 5, 2015, a copy of this Certificate of Service was filed using the Court's CM/ECF system, which will send a notification of the same to all counsel of record.

2

Dated:  August 5, 2015                                  Respectfully submitted,


                              FOULSTON SIEFKIN LLP

                           By:  /s/ *Toby Crouse*
                              Toby Crouse (Kan. #20030)
                              James D. Oliver (Kan. #08604)
                              32 Corporate Woods, Suite 600
                              9225 Indian Creek Pkwy.
                              Overland Park, KS  66210-2000
                              Phone:  (913) 498-2100
                              Fax:   (913) 498-2101
                              Email:  tcrouse@foulston.com
                                       joliver@foulston.com

                              and

                              Richard W. Clary
                              Michael T. Reynolds
                              Lauren A. Moskowitz
                              Omid H. Nasab
                              CRAVATH, SWAINE & MOORE LLP
                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              Phone: (212) 474-1000
                              Fax: (212) 474-3700
                              rclary@cravath.com
                              mreynolds@cravath.com
                              lmoskowitz@cravath.com
                              onasab@cravath.com

                              *Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*