# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>                         Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>                         Defendants.<br><br>And Other NCUA Actions | Case No. 11-cv-2340–JWL–JPO<br>Case No. 11-cv-2649–JWL–JPO<br>Case No. 12-cv-2591–JWL–JPO<br>Case No. 12-cv-2631–JWL–JPO<br>Case No. 12-cv-2648–JWL–JPO<br>Case No. 13-cv-2418–JWL–JPO |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following were served via electronic mail on September 29, 2015, on counsel for Defendants:

1. Plaintiff's First Amended Responses to Defendants' Written Discovery in Lieu of 30(b)(6) Deposition of U.S. Central Federal Credit Union;

2. Plaintiff's Third Amended Responses to Defendants' First Set of Joint Interrogatories;

3. Plaintiff's Amended Objections and Responses to Defendants' Fourth Set of Joint Interrogatories;

4. Plaintiff's Second Amended Objections and Responses to Defendants' Fifth Set of Joint Interrogatories; and

5. Plaintiff's Second Amended Objections and Responses to Defendants Sixth Set of Joint Interrogatories.

Dated: October 1, 2015

Respectfully submitted

**STUEVE SIEGEL HANSON LLP**

/s/ Rachel E. Schwartz
Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Gregory G. Rapawy, *pro hac vice*
Andrew C. Shen, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Washington, DC 20036
Tel: (202) 327-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

Stephen M. Tillery, *pro hac vice*
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

Greg G. Gutzler (D. Kan. # 78425)
Tamara M. Spicer (D. Kan. # 78426)
ELIAS GUTZLER SPICER LLC
1924 Chouteau Ave., Ste W
St. Louis, MO 63103
Phone: (314) 833-6645
Fax: (314) 621-7607
ggutzler@egslitigation.com
tspicer@egslitigation.com

*Attorneys for Plaintiff National Credit Union Administration Board*

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filling to all counsel of record.

/s/ Rachel E. Schwartz
Attorney for Plaintiff
