```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :     13cv6705 (DLC)
              -v-                       :     13cv6719 (DLC)
                                        :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :     13cv6726 (DLC)
                                        :     13cv6727 (DLC)
                         Defendants.    :     13cv6731 (DLC)
                                        :     13cv6736 (DLC)
And other NCUA Actions.                 :
------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :     11cv2340 (JWL)
              -v-                       :     11cv2649 (JWL)
                                        :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :     12cv2648 (JWL)
                                        :     13cv2418 (JWL)
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :
            -v-                           :
                                          :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                         Defendants.      :       ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On October 19, 2015, UBS submitted an application to our three Courts requesting that NCUA be ordered to produce certain documents for which it has asserted the attorney-client privilege and/or the work product doctrine, on the ground that the documents are relevant to an equitable estoppel issue for reinstated Certificates in the Kansas action.  It is hereby

ORDERED that any responsive submissions shall be filed by October 21, 2015, at 5:00 p.m. EDT.

Dated: October 20, 2015        /s/ Denise Cote
                               United States District Judge


Dated: October 20, 2015        /s/ George H. Wu
                               United States District Judge


Dated: October 20, 2015        /s/ John W. Lungstrum
                               United States District Judge


Dated: October 20, 2015        /s/ James P. O'Hara
                               United States Magistrate Judge