IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-2340-JWL |
| RBS SECURITIES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 12-2591-JWL |
| UBS SECURITIES, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 12-2648-JWL |
| CREDIT SUISSE SECURITIES (USA) LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

NATIONAL CREDIT UNION            )
ADMINISTRATION BOARD,            )
                                 )
            Plaintiff,        )
                                 )
v.                               )     Case No. 13-2418-JWL
                                 )
MORGAN STANLEY & CO., INC., et al., )
                                 )
           Defendants.       )
                                 )
_____)

## **ORDER**

These cases came before the Court on this date for a status conference, at which the Court ruled as follows:

1. The following deadlines shall apply in Case Nos. 11-2340 (*RBS*) and 13-2418 (*Morgan Stanley*):

    a. The cases are set for trial on **January 23, 2017**.

    b. The final pretrial conference will be conducted on **January 28, 2016** (details to follow by further order).

    c. The deadline for depositions of expert witnesses is extended to **February 5, 2016**.

    d. Dispositive motions and motions for the exclusion of expert testimony (*Daubert* motions) shall be filed by **March 1, 2016**. Responses to any such motions shall be filed by **April 1, 2016**. Replies in support of any such motions shall be filed by **April 22, 2016**.

    2.    The following deadlines shall apply in Case Nos. 12-2591 (*UBS*) and 12-2648 (*Credit Suisse*):

    a.    The cases are set for trial on **March 28, 2017**.

    b.    The final pretrial conference will be conducted on **July 25, 2016** (details to follow by further order).

    c.    Dispositive motions and motions for the exclusion of expert testimony (*Daubert* motions) shall be filed by **August 12, 2016**.  Responses to any such motions shall be filed by **September 12, 2016**.  Replies in support of any such motions shall be filed by **October 3, 2016**.

    3.    A discovery dispute relating solely to a case or cases before this Court may be submitted only to this Court (subject to the Court's determination that the dispute implicates cases in other courts), although the existing protocol concerning letter briefs should still be followed.

    4.    Plaintiff's response to UBS's pending discovery motion shall be submitted by **5:00 p.m. on October 22, 2015**.

IT IS SO ORDERED.

Dated this 20th day of October, 2015, in Kansas City, Kansas.

                                           s/ John W. Lungstrum
                                           John W. Lungstrum
                                           United States District Judge