UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-2340-JWL |
| RBS SECURITIES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-2591-JWL |
| UBS SECURITIES, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-2648-JWL |
| CREDIT SUISSE SECURITIES (USA) LLC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

|  |  |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>                      Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INC., et al.,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 13-2418-JWL<br>)<br>)<br>)<br>)<br>) |

## ORDER SETTING PRETRIAL CONFERENCES

On October 20, 2015, the court held a status conference in the Kansas cases to discuss trial-related scheduling. As discussed during the conference, the cases will proceed to trial in two separate groups:

    Group 1:    *NCUA v. RBS Securities, Inc., et al.*, No. 11-2340-JWL

                    *NCUA v. Morgan Stanley & Co., Inc., et. al.*, No. 13-2418-JWL

    Group 2:    *NCUA v. UBS Securities, LLC, et al.*, No. 12-2591-JWL

                    *NCUA v. Credit Suisse Securities LLC, et al.*, No. 12-2648-JWL.

Pursuant to Fed. R. Civ. P. 16(e), the court hereby sets pretrial conferences for each group. The pretrial conference for Group 1 is scheduled for **January 28, 2016, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, Kansas City, Kansas. No later than **January 22, 2016**, counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to ksd_ohara_chambers@ksd.uscourts.gov.

The pretrial conference for Group 2 is scheduled for **July 25, 2016, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, Kansas City, Kansas.  No later than **July 18, 2016**, counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to ksd_ohara_chambers@ksd.uscourts.gov.

The proposed pretrial orders must not be filed with the Clerk's Office.  They must be in the form available on the court's website:

http://www.ksd.uscourts.gov/flex/?fc=9&term=5062.

The parties must affix their signatures to the proposed pretrial orders according to the procedures governing multiple signatures set forth in paragraphs II(C) of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases.  Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conferences.

IT IS SO ORDERED.

Dated: October 20, 2015, at Kansas City, Kansas.

      s/ James P. O'Hara
      United States Magistrate Judge