IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATICONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>        Plaintiff,<br>  v.<br><br>RBS SECURITIES, INC., et al.,<br><br>        Defendants. | Case No. 11-2340-JWL |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>        Plaintiff,<br>  v.<br><br>UBS SECURITIES, LLC, et al.,<br><br>        Defendants. | Case No. 12-2591-JWL |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>        Plaintiff,<br>  v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>        Defendants. | Case No. 12-2648-JWL |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,  )<br>)<br>) | |
| Plaintiff,                                )<br>) | |
| v.                                        ) | Case No. 13-2418-JWL |
|                                           )<br>MORGAN STANLEY & CO., INC., et al.,   )<br>) | |
| Defendants.                               )<br>) | |
| _____)   | |

## ORDER

These cases came before the Court on this date for a telephone conference, at which the Court ruled as follows:

In Case No. 13-2418 (*Morgan Stanley*), plaintiff shall file its motion seeking the exclusion of certain expert opinions by Christopher James by **November 2, 2015**. Plaintiff's brief in support of the motion shall be limited to three pages, although plaintiff may also attach its letter brief previously submitted in support of a similar request for exclusion of Mr. James's opinions in a case involving Goldman Sachs. The Morgan Stanley defendants shall file any response, limited to three pages, by **November 5, 2015**, although those defendants may also attach their letter brief previously submitted in response to plaintiff's request in the Goldman Sachs case. The Court shall conduct an in-person hearing on plaintiff's motion on **November 9, 2015, at 10:30 a.m.**

IT IS SO ORDERED.

Dated this 30th day of October, 2015, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
